UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THADDEUS HARDY | CIVIL ACTION |
| VERSUS | NO: 23-cv-7046 |
| MBS MANAGEMENT, LLC, and 339 BOURBON REAL ESTATE, LLC | SECTION: T (2) |

## ORDER OF DISMISSAL

The Court, having been advised by counsel for Plaintiff, Thaddeus Hardy that the parties have agreed in principle to settle the disputes between them in the above-captioned matter, R. Doc. 28, hereby orders as follows:

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, to reopen or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days. During this sixty-day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 8th day of January 2025.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE